**J. D. HOWTH, Appellant, v. T. J. FARRAR et al., Appellee.**

No. 8545.

Circuit Court of Appeals, Fifth Circuit.

March 25, 1938.

For former opinion, see 94 F.2d 654.

Before HUTCHESON and HOLMES, Circuit Judges, and STRUM, District Judge.

PER CURIAM.

As neither of the judges who concurred in the judgment of the court in the above numbered and entitled cause is of the opinion that the petition for rehearing should be granted, it is ordered that the said petition be, and the same hereby is, denied.

**John B. HUTTO, Appellant, v. UNITED STATES of America, Appellee.**

No. 8643.

Circuit Court of Appeals, Fifth Circuit.

April 7, 1938.

Grady Gillon, of Macon, Ga., for appellant.

T. Hoyt Davis, U. S. Atty., and John P. Cowart, Asst. U. S. Atty., both of Macon, Ga.

Before FOSTER, HUTCHESON, and HOLMES, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

**INTERNATIONAL HARVESTER COMPANY, a Corporation, Petitioner, v. NATIONAL LABOR RELATIONS BOARD, Respondent.**

No. 6084.

Circuit Court of Appeals, Seventh Circuit.

Dec. 21, 1937.

E. S. Ballard, Edward W. Ford, and Minier Sargent, all of Chicago, Ill., for petitioner.

Charles Fahy, National Labor Relations Board, of Washington, D. C., for respondent.

Before EVANS and MAJOR, Circuit Judges.

PER CURIAM.

Upon stipulation of the parties, which has been filed herein, and due consideration having been given, it is ordered that the petition of the International Harvester Company to review and set aside an order of the National Labor Relations Board issued by said Board on November 12, 1936, and the request of the said Board for enforcement of said order, be withdrawn and dismissed, all without prejudice to the right of the National Labor Relations Board hereafter to petition this court for the enforcement of said order of said Board in the event such procedure appears to the Board to be advisable or necessary.